CLARA B. COY et al. *vs.* GRANITE STATE INSURANCE CO.
SAME *vs.* HAMBURG-BREMEN FIRE INS. CO.
SAME *vs.* THE HOME INSURANCE COMPANY.

Penobscot. Decided September 28, 1913. These three actions upon policies of insurance against loss by fire were tried together. At the conclusion of the evidence, the presiding Justice directed a verdict for defendants, to which direction the plaintiffs excepted. Exceptions sustained.

In accordance with the stipulation of the parties judgment must be entered for the plaintiffs for the sum of $2600. (Twenty-six hundred dollars.)

(Memo.  Granite State Ins. Co.............................  $1100
         Hamburg-Bremen Fire Ins. Co...............  1100
         The Home Ins. Co...............................  400

                                                                    $2600.)

*Martin & Cook and M. L. Durgin*, for plaintiffs. *G. E. Thompson and J. E. Nelson*, for defendants.